# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Tyler Kruse, | ) |
|     Plaintiff, | ) **ORDER ADOPTING STIPULATED** |
| | ) **AMENDED SCHEDULING/DISCOVERY** |
| vs. | ) **PLAN** |
| | ) |
| Patterson-UTI Drilling Company, LLC, Garrett Eaton, and Cruz Energy Services, LLC, | ) |
| | ) Case No. 1:16-cv-259 |
|     Defendants. | ) |

On March 10, 2020, the parties filed a Stipulation Amended Scheduling/Discovery Plan. The court **ADOPTS** the parties' stipulation (Doc. No 55) and amends the pretrial deadlines as follows:

1. The parties shall have until December 18, 2020, to complete fact discovery and to file discovery motions

2. The parties shall provide the name(s) of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff shall submit expert name(s) and complete reports to Defendants by November 16, 2020; and

    b. Defendants shall submit expert name(s) and reports to Plaintiff by December 16, 2020.

3. The parties shall have until February 26, 2021 to complete discovery depositions of expert witnesses.

4. The parties shall have until September 4, 2020 to move to join additional parties.

5. The parties shall have until September 4, 2020 to move to amend pleadings to add

1

claims or defenses, except for claims for punitive damages for which the deadline will be November 2, 2020.

6. The parties shall have until September 15, 2020 to file other nondispositive motions (e.g., consolidation, bifurcation).

7. The parties shall have until April 1, 2021 to file threshold motions (e.g. jurisdiction, qualified immunity, statute of limitations). Discovery shall not be stayed during the pendency of such motions.

10. The parties shall have until November 27, 2020 to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 11th day of March, 2020.

>
> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court